```
              FILED       ENTERED
              LODGED      RECEIVED

              MAR 06 2007    LK

                 AT SEATTLE
           CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
                                DEPUTY
```

07-CR-05130-INFO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES FREDERICK HILL,<br><br>Defendant. | NO. CR07 5130 RBL<br><br>INFORMATION<br><br>(Felony) |

The United States Attorney charges that:

### COUNT 1

### (Embezzlement and Theft of Labor Union Assets)

Beginning on or about March 25, 2001, and continuing until on or about July 22, 2004, at Yelm, in the Western District of Washington, JAMES FREDERICK HILL, while an officer of Fellow Associates Involved in Representation, a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j), did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the

//
//

INFORMATION/HILL - 1

1 | moneys, funds, securities, property, and other assets of said labor organization, in the amount of
2 | nine thousand four hundred fifty six dollars ($9,456.00).
3 | All in violation of Title 29, United States Code, Section 501(c).

5 | DATED this 6th day of March, 2007.

*[signature]*
JEFFREY C. SULLIVAN
United States Attorney

*[signature]*
LAWRENCE LINCOLN
Assistant United States Attorney

*[signature]*
KARYN S. JOHNSON
Assistant United States Attorney